IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | 8:04CR78 |
| v. ) | |
| ) | |
| SERAFIN LOPEZ-FLORES, ) | |
| ) | ORDER |
| Defendant. ) | |
| ) | |

IT IS ORDERED:

The motion of Carlos A. Monzon to withdraw as counsel for the defendant, filing 75, is granted.

DATED this 1st day of September, 2005.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge